IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-550 T
(Honorable Emily C. Hewitt)

MI HOME PRODUCTS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a), it is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed without prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

October 10, 2006
Date

s/Anthony Gulotta
Anthony C. Gulotta, Esq.
PA Attorney I.D. # 82081
Anderson & Gulotta, P.C.
Attorney for Plaintiff
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
(717) 541-5434 (FAX)

Attorney for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewing Attorney

October 10, 2006
Date

s/G. Robson Stewart
Of Counsel

Attorneys for Defendant